**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

|                          |     |                          |
|--------------------------|-----|--------------------------|
|                          | :   | **CHAPTER 13**           |
| **CHRISTINE M. MICHAELS**| :   |                          |
| **Debtor**               | :   | **Case No. 5:17-bk-01844** |
|                          | :   |                          |
|                          | :   |                          |

## CERTIFICATE OF SERVICE

  I, John Fisher, Esq., hereby certify that on November 14, 2017, I served a copy of the 1st Amended Chapter 13 Plan and Amended Notice to the complete mailing matrix by US First Class Mail a copy of which is attached as an exhibit and the following by first class mail, postage prepaid and Certified Mail Return Receipt Requested addressed as follows:

Ms. Ellen Alemany
Chairman & CEO
Charter One
1215 Superior Avenue
Cleveland, OH 44114

Mr. William S. Demchak, CEO & President
PNC Bank
249 Fifth Avenue
One PNC Plaza
Pittsburg, PA 15222

Mr. Jeffrey Brown, CEO
Ally Financial Inc.
Ally Detroit Center
500 Woodward Avenue
Detroit, MI 48226

Dated:  November 17, 2017       Respectfully Submitted,

                 /s/ John Fisher
                 John Fisher, Esq.
                 The Law Office of John Fisher LLC
                 126 South Main Street
                 Pittston PA 18640
                 PA Supreme Court ID #90550
                 Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:17-bk-01844-JJT<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Mon Nov 13 17:04:08 EST 2017 | Ability Recovery Services<br>PO Box 4031<br>Wyoming PA 18644-0031 | Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 |
| Barclays Bank Delaware<br>125 S West Street<br>Wilmington DE 19801-5014 | CITICARDS CBNA<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | CP/Bon Ton<br>PO BOX 182789<br>Columbus, OH 43218-2789 |
| Cavalry SPV I LLC<br>500 Summit Lake Drive<br>Ste 400<br>Vallhalla, NY 10595-1340 | Charter One Bank<br>1 Citizens Drive<br>Riverside, RI 02915-3019 | Citizens Bank N.A.<br>1 Citizens Drive Mailstop ROP15B<br>Riverside, RI 02915-3019 |
| DSNB/Macy's<br>P.O. Box 8218<br>Mason, OH 45040-8218 | Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | John Fisher<br>126 South Main Street<br>Pittston, PA 18640-1741 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| GEHA<br>PO Box 4665<br>Independence, MO 64051-4665 | Geisinger<br>PO Box 11969<br>Newark NJ 07101-4969 | Geisinger<br>PO Box 27727<br>Newark NJ 07101-7727 |
| LVNV Funding, LLC its successors and assigns<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Thomas J. MacNeely<br>Rosenn, Jenkins and Greenwald LLP<br>15 South Franklin Street<br>Wilkes-Barre, PA 18711-0076 | Christine M Michaels<br>39 Scureman Street<br>Hanover Township, PA 18706-1318 |
| PNC Bank Mortgage Services<br>PO Box 8703<br>Dayton, OH 45401-8703 | PNC Mortgage, a division of PNC Bank, NA<br>Attn: Bankruptcy<br>3232 Newmark Drive<br>Miamisburg, OH 45342-5421 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Synchrony Bank JC Penny<br>PO Box 965007<br>Orlando FL 32896-5007 | Synchrony Bank Old Navy<br>PO Box 965005<br>Orlando FL 32896-5005 |
| Synchrony Bank Sams Club<br>PO Box 965005<br>Orlando FL 32896-5005 | Synchrony Bank Walmart<br>PO Box 965024<br>Orlando FL 32896-5024 | Trident Asset Management<br>53 Perimeter Center East Suite 440<br>Atlanta GA 30346-2287 |

| | | |
|---|---|---|
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | VAntage Trust Federal Credit Union<br>c/o Rosenn, Jenkins & Greenwald, L.L.P.<br>Attn: Thomas J. MacNeely, Esquire<br>15 South Franklin Street<br>Wilkes-Barre, PA 18711-0076 | Verizon<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Verizon Wireless<br>PO Box 25505<br>Lehigh Valley PA 18002-5505 | WORLD'S FOREMOST BANK-CABELA'S CLU<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | James Warmbrodt<br>701 Market Street Suite 5000<br>Philadephia, PA 19106-1541 |
| Wilkes-Barre General Hospital<br>575 N. River Street<br>Wilkes-Barre, PA 18764-0001 | Wilkes-Barre VA EFCU<br>881 Mundy Street<br>Wilkes-Barre PA 18702-6939 | World's Foremost Bank<br>4800 NW 1st Street<br>Suite 300<br>Lincoln NE 68521-4463 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover<br>PO Box 15316<br>Wilmington DE 19850 | Ford Motor Credit Company, LLC<br>Dept. 55953<br>P.O. Box 55000<br>Detroit, MI 48255-0953 | Portfolio Recovery Associates<br>120 Corporate Blvd<br>Norfolk VA 23502 |
| (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ally Financial<br>PO Box 380901<br>Bloomington , MN-554380901 | (u)PNC BANK, NATIONAL ASSOCIATION | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (u)VAntage Trust Federal Credit Union | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     4<br>Total               42 | |